# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BARBARA L. WAGNER, as Personal Representative for THE ESTATE OF VALENTINE C. WAGNER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADDUS HEALTHCARE (IDAHO), INC. and DOES 1-10,<br><br>　　　　　Defendants. | CV-20-41-GF-BMM<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 27), and with good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** as fully and finally settled upon the merits. Each party shall bear its own costs and attorneys' fees.

Dated this 5th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court